UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**　　　　　　　　　　　　　　　　Case No. 08-cr-86-PB

**Phatsany Syharath**


**O R D E R**

    The defendant, through counsel, has moved to continue the September 3, 2008 trial in the above case, citing the need for additional time to complete discovery and engage in plea negotiations.  The government does not object to a continuance of the trial.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 3, 2008 to December 2, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 28, 2008 final pretrial conference is continued to November 17, 2008 at 3:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 8, 2008

cc: R. Brian Snow, Esq.
    Mark Irish, AUSA
    United States Probation
    United States Marshal